UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JOHN O. STUDY,  )
 )
    Plaintiff,  )
 )  No. 1:10-cv-0153-WTL-DML
v.  )
 )
UNITED STATES OF AMERICA, et al.,  )
 )
    Defendants.  )

**Entry and Notice**

**I.**

Based on the content of the plaintiff's report filed on March 9, 2010, the court has determined that the present civil action does not challenge the plaintiff's conviction in No. IP 83-CR-50.

**II.**

The plaintiff's renewed request to proceed *in forma pauperis* (dkt 16-2) is **granted**.

**III.**

Because the plaintiff is a "prisoner" as defined by 28 U.S.C. § 1915(h), his complaint must be screened as required by 28 U.S.C. § 1915A(b). *Lagerstrom v. Kingston,* 463 F.3d 621, 624 (7th Cir. 2006). This statute requires that any complaint submitted by a prisoner, or any claim within such a complaint, be dismissed if the complaint is frivolous or fails to state a claim upon which relief can be granted. *Id.* The parties will be notified when this step has been taken.

**IT IS SO ORDERED.**

Date: 03/17/2010

*William T. Lawrence*
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

John Study
#130440
Walton Correctional Institute
691 Institution Road
DeFuniak Springs, FL 32433